---

## In re BING et al.

### (Circuit Court, S. D. New York. April 26, 1894.)

### No. 959.

CUSTOMS DUTIES — REVIEW OF BOARD OF APPRAISERS' DECISIONS—WEIGHT OF EVIDENCE.

The court will not disturb the finding of facts of the board of general appraisers as to the nature of goods imported, even if against the weight of evidence, where the board had sufficient evidence to warrant their finding.

This was an application by F. Bing & Co., importers of certain merchandise, for a review of the decision of the board of general appraisers at New York as to the rate of duty on such merchandise.

Albert Comstock, for importers.
W. C. Low, Asst. U. S. Atty., for collector.

COXE, District Judge (orally). The question here is not of law, but of fact. It is whether or not Exhibit A is "spun silk," under paragraph 410 of the act of October 1, 1890. Even if it were also a question as to what the trade name of Exhibit A was at the time of the passage of the last tariff act, it seems to me that the Van Blankensteyn decision (5 C. C. A. 579, 56 Fed. 474), controls both propositions. The board came to their conclusion on the facts presented to them, and I cannot say it is so against the weight of evidence that the court should set it aside. If this case were an appeal from the decision of a referee the court, although it might have reached a different conclusion had the case been tried originally before it, would not, under familiar rules, disturb the report. The question is whether the finding of the board should be set aside as practically against the weight of evidence. I think the board had sufficient evidence to warrant their finding and their decision is, therefore, affirmed.